B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

District Of Connecticut

In re Michael S. Goldberg, LLC
Michael S. Goldberg                          ,
                    Debtor

JAMES BERMAN, CHAPTER 7 TRUSTEE
FOR THE ESTATES OF
MICHAEL S. GOLDBERG, LLC, and
MICHAEL S. GOLDBERG                      ,
                    Plaintiff

Jeffrey Starkey,
v. MICHAEL S. GOLDBERG AND
   MICHAEL S. GOLDBERG, LLC      ,
                    Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 09-23370

Chapter 7

Adv. Proc. No. 10-02159

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on 01/26/12 _____ as it appears in the records of this court, and that:

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                          (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
                        (name)                                                    (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on

Pietro Cicolini
**Clerk of the Bankruptcy Court**

12/12/2024
Date

By: _____
            Deputy Clerk
Lindsey Goergen

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ) | Case No. 09-23370 (ASD) |
| ) | 09-23371 (ASD) |
| MICHAEL S. GOLDBERG, LLC ) | Jointly Administered Under |
| MICHAEL S. GOLDBERG ) | Case No. 09-23370 |
| ) | |
| | |
| JAMES BERMAN, CHAPTER 7 TRUSTEE ) | |
| FOR THE ESTATES OF ) | |
| MICHAEL S. GOLDBERG, LLC, and ) | |
| MICHAEL S. GOLDBERG ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 10-02159 |
| v. ) | |
| ) | |
| JEFFREY STARKEY, ) | RE: ECF NO. 38 |
| MICHAEL S. GOLDBERG   AND ) | |
| MICHAEL S. GOLDBERG, LLC ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

The defendant, Jeffrey Starkey (the "Defendant"), having been regularly notified by service of process and having failed to plead or otherwise defend, and the time for pleading or otherwise defending having expired according to law, and the Clerk's Entry of Default against the Defendant having been duly entered on January 5, 2012,

Now therefore, upon the Motion for Default Judgment and Affidavit of J. Allen Kosowsky, CPA, judgment is hereby entered against the Defendant in favor of and pursuant to the prayer of the Plaintiff, as follows:

It is ORDERED and ADJUDGED that the following transfers made from the Debtors to the Defendant be and hereby are avoided pursuant to 11 U.S.C. § 548(a)(1), U.S.C. § 548(a)(2),

Conn. Gen. Stat. § 52-552e(a)(1), Conn. Gen. Stat. § 52-552e(a)(2) and Conn. Gen. Stat. § 52-552f(a):

| Transfer Date | | Amount |
|---|---|---|
| 1. | January 16, 2007 | $  10,000.00 |
| 2. | April 16, 2007 | 10,000.00 |
| 3. | July 16, 2007 | 10,000.00 |
| 4. | October 19, 2007 | 10,000.00 |
| 5. | January 24, 2008 | 10,000.00 |
| 6. | January 29, 2008 | 10,000.00 |
| 7. | April 25, 2008 | 10,000.00 |
| 8. | July 24, 2008 | 10,000.00 |
| 9. | May 15, 2009 | 10,000.00 |
| 10. | August 3, 2009 | 10,000.00 |

$ 100,000.00

It is further ORDERED that judgment hereby enters against the Defendant in the total amount of $100,000.00 pursuant to 11 U.S.C. § 550(a).

It is further ORDERED, pursuant to 11 U.S.C. § 502(d), that any claim the Defendant has asserted or may assert against the Debtors' estates is disallowed until the Judgment Amount, plus any accrued post-judgment interest, as applicable, has been paid, in full, to the Plaintiff.

Dated: January 26, 2012                                    BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge

I certify that this is a true copy

Attest: _____

Deputy Clerk
U. S. Bankruptcy Court
Lindsey Goergen

2