**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Poughkeepsie Division

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE )<br>FOR THE ESTATES OF )<br>MICHAEL S. GOLDBERG, LLC, and )<br>MICHAEL S. GOLDBERG )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>JEFFREY STARKEY, )<br>MICHAEL S, GOLDBERG AND )<br>MICHAEL S GOLDBERG, LLC )<br> )<br>Defendants. ) | M. P. No. 25-00600 |

### NOTICE OF 1) APPEARANCE AND REQUEST FOR NOTICE; AND 2) ASSIGNMENT OF JUDGMENT

PLEASE TAKE NOTICE that Sarachek Law Firm hereby enters its appearance (the "Notice of Appearance") in the above-captioned case as counsel to SLFAQ LLC, the assignee of the judgment creditor. On December 2, 2024, the U.S. Bankruptcy Court for the District of Connecticut approved the sale and assignment of the Judgment to SLFAQ, LLC ("Assignee"), entering the *Order Authorizing and Approving the Sale of Unsatisfied Judgments and Related Relief* (the "Sale Order," Lead Case No. 09-23370, Bankr. Ct., ECF 2234) which, *inter alia*, assigned all right, title and interest in and to the Judgment registered herein [ECF 1] to buyer SLFAQ, LLC ("SLFAQ" or the "Assignee"), pursuant to the Acknowledgment of Assignment of Judgment filed herewith.

This notice is filed pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure. By this Notice of Appearance, Sarachek Law Firm requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

Attn: Zachary E. Mazur, Esq.
Sarachek Law Firm
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583
Telephone: 646 519-4396
Email: zachary@saracheklawfirm.com
joe@saracheklawfirm.com

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise.

Dated: January 8, 2025

**SARACHEK LAW FIRM**

*/s/ Zachary E. Mazur*
Zachary E. Mazur, Esq. *pro hac vice pending*
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583
Telephone: 646 519-4396
Email: zachary@saracheklawfirm.com

*Attorneys for the Assignee SLFAQ LLC*