UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 09-23370 (ASD) |
| | ) | 09-23371 (ASD) |
| MICHAEL S. GOLDBERG, LLC | ) | Jointly Administered Under |
| MICHAEL S. GOLDBERG | ) | Case No. 09-23370 |
| | ) | |

| JAMES BERMAN, CHAPTER 7 TRUSTEE | ) | |
| FOR THE ESTATES OF | ) | |
| MICHAEL S. GOLDBERG, LLC, and | ) | |
| MICHAEL S. GOLDBERG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 10-02159 |
| v. | ) | |
| | ) | |
| JEFFREY STARKEY, | ) | |
| MICHAEL S, GOLDBERG AND | ) | |
| MICHAEL S GOLDBERG, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**

**TO:    THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Bankruptcy Procedure 69, Plaintiff and Judgment

Creditor, JAMES BERMAN, Chapter 7 Trustee for the Estates of Michael S. Goldberg,

LLC and Michael S. Goldberg, Creditor Trust (hereinafter "Trustee") acknowledges as

follows:

1.    On January 26, 2012, a Default Judgment (the "Judgment") was entered in

favor of Trustee against defendant Jeffrey Starkey ("Judgment Debtor") in the above- entitled

action in the amount of $100,000.00, plus post-judgment interest.

1

2.      The name and address of the Judgment Creditor are as follows:

> James Berman
> Chapter 7 Trustee for the estates of Michael S. Goldberg, LLC and
> Michael S. Goldberg
> c/o Zeisler & Ziesler, P.C
> 10 Middle Street 15th Floor
> Bridgeport, CT 06604

3.      Upon information and belief, the name and last known address of the Judgment Debtor is:

> Jeffrey Starkey
> 1825 Route 9 Apt 1
> Germantown, NY 12526

4.      On December 2, 2024, this Honorable Court approved the sale and assignment of the Judgment to SLFAQ, LLC ("Assignee"), entering the *Order Authorizing and Approving the Sale of Unsatisfied Judgments and Related Relief* (the "Sale Order," Lead Case, ECF 2234, a copy of which is attached hereto as **Exhibit A**).

5.      The Sale Order "shall be construed as, and shall constitute for any and all purposes, a full and complete general assignment, conveyance and transfer of the Purchased Assets pursuant to the terms of the Assignment Agreement." Sale Order ¶ 3. Pursuant to the Sale Order, the Trustee/Judgment Creditor has sold, transferred, assigned and conveyed all right, title and interest in and to the Judgment and any and all other rights Trustee/Judgment Creditor might have to said Judgment to Assignee SLFAQ.

The address of the Assignee is:

> SLFAQ, LLC
> 670 White Plains Road, Penthouse
> Scarsdale, New York 10583

6.      Pursuant to 28 U.S.C. § 1746, the undersigned declare under penalty of perjury

that the foregoing is true and correct to the best of their knowledge and belief.

**IT IS SO ACKNOWLEDGED:**

DATED: December ___, 2024          JAMES BERMAN, Chapter 7 Trustee of
                                   Michael S. Goldberg, LLC and Michael S.
                                   Goldberg *Assignor*

                                   By:  _____
                                        James Berman
                                        Chapter 7 Trustee of Michael S.
                                        Goldberg, LLC and Michael S. Goldberg

DATED: December 4, 2024            SLFAQ, LLC, *Assignee*

                                   By:  _____
                                        Joseph Sarachek
                                        Managing Member